# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **19–26799 – NVA**   Chapter: **7**

**Daniel Brewer**
Debtor

## NOTICE OF REAFFIRMATION AGREEMENT HEARING

PLEASE TAKE NOTICE that a hearing will be held

on 8/6/20 at 02:30 PM
by videoconference or teleconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688)

to consider and act upon the following:

24 – Reaffirmation Agreement, and Declaration of Counsel, Between Debtor and Ford Motor Credit Company. Filed by Michael J. Klima Jr.. (Klima, Michael)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 7/24/20

Mark A. Neal, Clerk of Court
by Deputy Clerk, Joyce Yalley
410–962–4416

Form ntchrgmdb (rev. 06/08/2020)